**Appeal Dismissed and Memorandum Opinion filed January 30, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00839-CV

## BERNARD J. MORELLO, Appellant

### V.

## ENTERPRISE CRUDE PIPELINE, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-052822**

## MEMORANDUM OPINION

This appeal is from a final judgment signed October 4, 2023. The court reporter indicated on November 7, 2023 that appellant had not requested that the reporter's record be prepared and had neither paid nor made arrangements to pay for the record and was not appealing as indigent. The clerk's record was filed December 15, 2023. No brief was filed.

On December 21, 2023, this court issued an order stating that unless appellant

filed a brief on or before January 22, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.